# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 25-CR-180 (SRN/DLM) |
| | Date: Monday, February 9, 2026 |
| | Court Reporter: Caitlin Nat |
| **WILLIAM EARL BURTON**, | Courthouse: Saint Paul |
| | Courtroom: 7B |
| Defendant. | Time Commenced: 3:30 p.m. |
| | Time Concluded: 4:45 p.m. |
| | Time in Court: One (1) Hour / Fifteen (15) Minutes |

Before The Hon. Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
   For Plaintiff:   David Green (covering for David Classen), US Attorneys Office

   For Defendant:   Lisa Lopez, Office of the Federal Defender

**PROCEEDINGS**:
   X **Sentencing**

**IT IS ORDERED**:
   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| COUNT ONE (1) INDICTMENT | X | | THIRTY-THREE (33) MONTHS | | THREE (3) YEARS | | |

X **See J&C for Special Conditions**.

X **Counts Two (2) and Three (3) are DISMISSED on the motion of the United States.**

X **Defendant sentenced to pay**:
   X Special Assessment in the amount of $100.00 to the Crime Victims Fund.

X **Defendant is remanded to the custody of the United States Marshal**.

X **Sealed Matters**:        N/A


Dated:   Monday, February 9, 2026                   CRD_____
                                                    Courtroom Deputy to
                                                    The Hon. Susan Richard Nelson